```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


ARGENTUM MEDICAL, LLC,       )
     Plaintiff,              )
                             )         CIVIL ACTION NO.
v.                           )         10-10100-DPW
                             )
CHOICE THERAPEUTICS, INC.,   )
 et al.,                     )
     Defendants.             )
_____)
                             )
CHOICE THERAPEUTICS, INC.,   )
et al.,                      )         CIVIL ACTION NO.
     Plaintiffs,             )         10-10102-DPW
                             )
v.                           )
                             )
ARGENTUM MEDICAL, LLC,       )
     Defendant.              )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's ruling on October 10, 2012, made in open court, granting the defendants' Motions to Dismiss (Dkt. No. 29), for reasons stated on the record in open court and reflected in the stenographer's notes, it is hereby ORDERED that the above-entitled actions be and hereby are DISMISSED entirely WITH PREJUDICE.

                                        BY THE COURT,

                                        /s/ Jarrett Lovett

                                        Deputy Clerk

DATED: October 10, 2012